FELONY

# United States District Court

| Southern | United States Courts<br>District of Southern District of Texas Texas |
|---|---|
| | FILED |
| UNITED STATES OF AMERICA | **June 06, 2025** |
| V | Nathan Ochsner, Clerk of Court |
| **Raul BELMONTES-VILLALOBOS** | **CRIMINAL COMPLAINT** |
| Mexico | |
| A077 696 211   (EWA) | CASE NUMBER B-25 ___473___ MJ |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **June 4, 2025**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)   1326(a) and 1326(b)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Harlingen Police Department on June 04, 2025. The defendant was subsequently arrested on June 05, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on September 25, 2024. The defendant was convicted of Alien Unlawfully Found in the United States after Deportation on December 15, 2022. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

*Signature of Complainant*

Rafael Hernandez III       Deportation Officer
*Name and Title of Complainant*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

June 6, 2025                                     at        Brownsville, Texas
*Date*                                                             *City and State*

Ignacio Torteya III      U.S. Magistrate Judge
*Name and Title of Judicial Officer*                    *Signature of Judicial Officer*